In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00194-CV**
_____

**DANIEL PATRICK STANLEY, Appellant**

**V.**

**ROBERT JONES AND APRIL LING LIN JONES, Appellees**

On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. E-205435

**MEMORANDUM OPINION**

Daniel Patrick Stanley, Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on July 17, 2024
Opinion Delivered July 18, 2024

Before Golemon, C.J., Johnson and Wright, JJ.